JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*BIOGEN, INC., and BIOGEN U.S. CORPORATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS IDEH, an individual, | Case 3:26-cv-00075 |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| v. | |
| BIOGEN, INC., a Massachusetts corporation, BIOGEN U.S. CORPORATION, a Massachusetts corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Chris Ideh, ("Plaintiff"), through his counsel, Greenberg Gross LLP, and Defendants, BIOGEN, INC., and BIOGEN U.S. CORPORATION ("Defendants"), by and through their counsel, Jackson Lewis P.C., that Defendant shall  have an extension up to and including March 27, 2026, in which to file a response to Plaintiff's Complaint.  This Stipulation is submitted and based upon the following: as follows:

/ / /

/ / /

1.    Plaintiff filed his Complaint on January 30, 2026 in the United States District Court; District of Nevada, Case No. Case 3:26-cv-00075.  The Summons and Complaint were served on or about February 2, 2026.

2.    Defendants were assigned this matter on February 2, 2026 and are requesting additional time to reply to Plaintiff's Complaint to gather necessary information as several client stakeholders are out of the office intermittently over the coming weeks.

3.    This request is made in good faith and not for the purpose of delay.

Dated this 25th day of February, 2026.

GREENBERG GROSS LLP                                    JACKSON LEWIS P.C.


*/s/ Marian Massey*                                              */s/      Joshua A. Sliker*
MARIAN MASSEY, ESQ.                               JOSHUA A. SLIKER, ESQ.
1980 Festival Plaza Drive                                Nevada Bar No. 12493
Ste 730                                                              300 S. Fourth Street
Las Vegas, NV 89135                                     Suite 900
702-602-8527                                                   Las Vegas, Nevada 89101
Email: mmassey@ggtriallaw.com

*Attorneys for Plaintiff*                                     *Attorneys for Defendant*
*CHRIS IDEH*                                                   *BIOGEN, INC., and BIOGEN U.S.*
                                                                         *CORPORATION*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


Dated: February 25, 2026