JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
        chad.butterfield@jacksonlewis.com

*Attorneys for Defendant*
*BIOGEN, INC., and BIOGEN U.S. CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS IDEH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN, INC., a Massachusetts corporation, BIOGEN U.S. CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case 3:26-cv-00075-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Chris Ideh, ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendants, BIOGEN, INC., and BIOGEN U.S. CORPORATION ("Defendants"), by and through their counsel, Jackson Lewis P.C., that Defendant shall have an extension up to and including April 3, 2026, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted pursuant to LR IA 6-1 and based upon the following:

1.     Plaintiff filed his Complaint on January 30, 2026 in the United States District Court; District of Nevada, Case No. Case 3:26-cv-00075. The Summons and Complaint were served on or about February 2, 2026.

///

2.    Defendants have been working diligently to complete the investigation to prepare the response. However, Defendants respectfully request a short extension to the responsive pleading deadline, as there remain a few witnesses Defendants have not yet been able to interview due to witness unavailability and scheduling difficulties arising out of Clark County School District's spring break. Accordingly, the requested extension is supported by good cause and is made in good faith and not for the purpose of delay.

3.    This is the second requested extension.

Dated this 27th day of March, 2026.

GREENBERG GROSS LLP                         JACKSON LEWIS P.C.


*/s/ Marian Massey*                          */s/ Chad C. Butterfield*
MARIAN MASSEY, ESQ.                          JOSHUA A. SLIKER, ESQ.
1980 Festival Plaza Drive, Ste. 730          Nevada Bar No. 12493
Las Vegas, NV 89135                          CHAD C. BUTTERFIELD, ESQ.
702-602-8527                                 Nevada Bar No. 10532
Email: mmassey@ggtriallaw.com                300 S. Fourth Street, Suite 900
                                             Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*CHRIS IDEH*                                 *Attorneys for Defendant*
                                             *BIOGEN, INC., and BIOGEN U.S.*
                                             *CORPORATION*


**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE


Dated: March 27, 2026.