**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS IDEH, an individual, | Case No.: 3:26-cv-00075-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| BIOGEN, INC., a Massachusetts corporation, BIOGEN U.S. CORPORATION, a Massachusetts corporation, | **STIPULATION TO WITHDRAW PLAINTIFF'S JURY DEMAND** |
| Defendants. | |

Defendants BIOGEN INC. (erroneously sued as Biogen, Inc.), and BIOGEN U.S. CORPORATION (collectively, "Defendants"), and Plaintiff CHRIS IDEH, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On May 15, 2024, the Parties entered into an agreement wherein they each waived their rights to a jury trial in a Dispute[1] arising in connection with Plaintiff's employment (the "Jury Waiver"). A true and correct copy of the Jury Waiver is attached hereto as **Exhibit 1**.

---

[1] Under the Jury Waiver, a "Dispute" includes "any disputes relating to: (i) the terms and conditions of [Plaintiff's] employment; …, or (iii) any dispute relating to the separation of [Plaintiff's]employment, whether voluntary or involuntary. Specifically included are any disputes or claims arising under: (i) any local, state or federal discrimination or civil rights statute, regulation or order (including, without limitation, Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans With Disabilities Act, and any amendments to the same); (ii) any other local, state or federal employment related statute, regulation or order relating to wages, hours, benefits, or other terms and conditions of employment; (iii) any local, state or federal common law theory; or (iv) any other local, state or federal law or regulation now in existence or that hereafter is enacted (and as amended from time to time)

JACKSON LEWIS P.C.
LAS VEGAS

2.    On January 30, 2026, Plaintiff filed a Complaint and Demand for Jury Trial in this Court. ECF No. 1. Therein, Plaintiff alleges he was employed by Defendants and asserted claims arising out of and in connection with such alleged employment.

3.    On April 3, 2026, Defendants filed their Answer to Plaintiff's Complaint and denied that Plaintiff was entitled to trial by jury. ECF No. 11, 16:24-28. Defendants have not demanded a trial by jury in this case.

4.    On April 31, 2026, Defendants provided Plaintiff with a copy of the agreement and requested Plaintiff withdraw his demand for jury trial. The Parties have since met and conferred regarding Plaintiff's Demand for Jury Trial.

5.    To avoid potential motion practice, the Parties consent and agree that Plaintiff's Demand for Jury Trial shall be withdrawn, and this case shall be resolved by a Judge and not by a jury.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

concerning in any way the subject of [Plaintiff's] employment with the Company or its separation.

6.    Except as otherwise provided in this Stipulation and Order, nothing herein shall: (a) operate to waive, relinquish, or impair any claim, defense, objection, or right (except the right to a jury trial) of any party in this case; or (b) be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 27th day of May, 2026.

GREENBERG GROSS LLP                     JACKSON LEWIS P.C.

*/s/ Marian Massey*                          */s/ Joshua A. Sliker*
MARIAN MASSEY, ESQ.                    JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 14579                     Nevada Bar No. 12493
1980 Festival Plaza Drive, Suite 730        300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89135                  Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                     *Attorneys for Defendants*
*Chris Ideh*                             *Biogen Inc. and Biogen U.S. Corporation*

## **ORDER**

IT IS SO ORDERED.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2026